IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| TOMMIE LEE JONES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV509-017 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commission's decision with remand in Social Security actions under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Government's assented to motion to remand this action to the Commissioner for further proceedings, the Court grants Defendant's motion. The Court remands this cause to the Commissioner for further proceedings under sentence six of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). It is **ORDERED** that, upon remand, the Appeals Council will continue to search for the missing recording(s) of the hearing

held on July 11, 2008. If the hearing recording(s) cannot be located after ninety (90) days, the Appeals Council will remand the case for a *de novo* hearing.

**SO ORDERED**, this 17 day of August, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)